## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 civ. 0573                                                                 Purchased/Filed: January 23, 2008
STATE OF NEW YORK       UNITED STATES DISTRICT COURT                   SOUTHERN DISTRICT

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training,
S.U.B., Industry Advancement and Legal Services Funds, et ano                    Plaintiff

against

Antonucci Farren LLC                                                             Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____January 28, 2008_____, at ____2:00pm____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Complaint and Rule 7.1

on

_____Antonucci Farren LLC_____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____. AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ____40____ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __23__   Approx. Wt: __160__   Approx. Ht: __5'9"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other: _____

Sworn to before me on this

2nd  day of  _____February, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4698570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0800942

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179