UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Fund and the Westchester Teamsters Local Union No. 456,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONUCCI FARREN LLC,<br><br>Defendant. | Civil Action No.: 08 CIV 0573 (CLB)<br><br>Honorable Charles L. Brieant, U.S.D.J.<br>United States District Judge<br><br>**RULE 7.1 STATEMENT**<br>[Document Filed Electronically] |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ANTONUCCI FARREN, LLC certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

By: /s/Barry J. Muller
    Barry J. Muller, Esq. (BM5305)
    GRAHAM CURTIN, P.A.
    4 Headquarters Plaza
    P.O. Box 1991
    Morristown, New Jersey 07962-1991
    (973) 292-1700

    Attorneys for Defendant
    Antonucci Farren, LLC

Dated: February 27, 2008

549714_1