UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension, Health &
Welfare, Annuity, Education & training, S.U.B.,
Industry Advancement and Legal Services Funds and
the Westchester Teamsters Local Union No. 456,

                                      Plaintiffs,

—against—

ANTONUCCI FARREN LLC,

                                      Defendant.
---------------------------------------------------------x

**STIPULATION AND ORDER OF DISCONTINUANCE**

Index No. 08 Civ.0573 (CLB)

IT IS HEREBY STIPULATED, by and between counsel for the Plaintiffs and Defendant in the within action that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, this action is discontinued and without costs to any party.

DATED: March 19, 2008

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
Attorneys for Plaintiffs

By: _____
Karin Arrospide (KA 9319)
258 Saw Mill River Road
Elmsford, NY 10523
(914) 592-1515

GRAHAM CURTIN, P.A.
Attorneys for Defendant

By: _____
Barry J. Muller, Esq.(BM5305)
4 Headquarters Plaza
P.O. Box 1991
Morristown, NJ 07962-1991
(973) 292-1700

SO ORDERED: March 28, 2008

_____
USDJ